ANDREW J. FISHKIN, ESQ.
SBN237845
LAW OFFICE OF ANDREW J. FISHKIN, P.C.
1215 "L" STREET
BAKERSFIELD, CA 93301
info@lawyerfish.com

TEL.  661-322-6776
FAX.  661-322-6770

ATTORNEY FOR DEFENDANT

**FILED**

APR 0 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.: 08-mj-262-WMW** |
| **vs.** | **STIPULATION** |
| **RODRIGUEZ, ALMA** | |

TO THE HONORABLE JUDGE AUSTIN OF SAID COURT:

PLEAE TAKE NOTICE, that the parties hereto, ALMA RODRIGUEZ, Defendant and the UNITED STATES OF AMERICA, Plaintiffs, through their attorneys undersigned, hereby stipulate as follows:

1.  The charges of 35CFR §4.23(A), DUI will be reduced to 36CFR §4.22 (b) (1), unsafe operation of motor vehicle.

/s/

Andrew Fishkin, Esq. Attorney for
Alma Orozco Rodriguez, Defendant

1

1

2

3          /s/

4

5   Susan St. Vincent,

6   Yosemite Legal Officer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDREW FISHKIN, ESQ.
CBN 237845
LAW OFFICE OF ANDREW J. FISHKIN,P.C.
1215 "L" STREET
BAKERSFIELD, CA  93301
info@lawyerfish. com

Tel:    661-322-6776
Fax:    661-322-6770

ATTORNEY FOR RESPONDENT


### UNITED STATED DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>vs.                                )<br>)<br>RODRIGUEZ, ALMA           )<br>) | CASE NO.: 08-mj-262-WMW<br><br>ORDER |


        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that STIPULATION
"for Charges of 35CFR §4.23(A), DUI will be reduced to 36CFR §4.22 (b) (1), Unsafe
Operation of a Motor Vehicle" be GRANTED/DENIED.


_____
                U.S. MAGISTRATE JUDGE